No. 9619. STATE OF MONTANA, on the Relation of WILLIAM F. MARTIN and MYRTLE MARTIN, Husband and Wife, RELATORS, *v.* DISTRICT COURT of the FOURTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF SANDERS, and THE HONORABLE ALBERT BESANCON, Judge Thereof, RESPONDENTS.

288 Pac. (2d) 1095.

Decided Oct. 24, 1955.

*A. L. Libra*, Thompson Falls, *Shallenberger & Paddock*, Missoula, for Relator.

*A. S. Ainsworth*, Thompson Falls, *Corette, Smith & Dean*, Butte, for Respondent.

Per Curiam.

Pursuant to the stipulation on file herein, and in accordance therewith, it is hereby ordered, adjudged, and decreed that the petition for a writ of prohibition, or other appropriate Writ, filed herein by relators, herein, be and the same is hereby dismissed, and that the order to show cause issued out of this Court on the 11th day of October, 1955, be and the

same is hereby dismissed, and that said action be returned to the District Court of the State of Montana, in and for the County of Sanders, for further proceedings.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS and BOTTOMLY, concur.